

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

(NEW ORLEANS)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-CR-00210-MLCF-DEK-2 |
| ) | |
| CHAD CLARK ) | |
|     Defendant. ) | |

**TENDERED FOR FILING**

JUL -9 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## MOTION FOR RECOMMENDATION REQUESTING 12 MONTHS OF FEDERAL HALFWAY HOUSE AND/OR HOUSE ARREST

**COMES NOW,** Defendant, Chad Clark, Pro Se, moves for a recommendation from the court to recommend 12 months of federal Halfway House and/or House Arrest from the Federal Bureau of Prisons. For the reasons stated below, Defendant asks that the Court grant his recommendation to 12 months of Federal Halfway House/House Arrest. In support of this motion he states:

1. On April 27, 2009, Defendant was convicted of knowingly and intentionally distribute 100 grams or more of heroin, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(B). See Presentence Investigation Report at 3.

2. Clark is currently eligible to go to a Halfway House around November 30, 2017 which is the Home Detention Eligibility Date. The following Sentence data is for Defendant current commitment. Defendant is projected for release, 05-30-2018 via Good Conduct Time Release.

3. Clark respectfully requests the Court to grant 12 months Halfway House/Home Detention to reflect a Home Detention Release date of 05-30-2017. **(SEE ATTACHMENT EXHIBIT A)**

1

4. While serving his sentence, Clark has earned 240 hours in Vocational Training Advance Micro Computer, and 240 hours in Vocational Training in Business Education and he has also completed many other subjects; **(SEE ATTACHMENT EXHIBIT B)**

WHEREFORE, As Defendant qualifies for 6 months Home Detention as of now, it is respectfully requested that the Court enter an Order to the Federal Bureau of Prison regarding motion for 12 months Home Detention To reflect date of 05-30-2017.

Respectfully submitted,

*Chad Clark*

Chad Clark #31119-034
Federal Correctional Institution
P.O Box 7000
Texarkana Tx, 75505-7000

CERTIFICATE OF SERVICE

I, Chad Clark the undersigned hereby certify that a true and correct copy of the following Motion for Recommendation was served on the Court this following day the 6th of July, 2015, by depositing said documents in the mailing system of FCI-Texarkana.

*Chad Clark*

Chad Clark #31119-034
Federal Correctional Institution
P.O Box 7000
Texarkana Tx, 75505-7000

```
    TEXCN   540*23  *         SENTENCE MONITORING              *      07-05-2015
    PAGE 001         *         COMPUTATION DATA                *      10:41:40
                                AS OF 07-05-2015

REGNO..: 31119-034 NAME: CLARK, CHAD


FBI NO............: 777339KA2           DATE OF BIRTH: 09-06-1971   AGE:  43
ARS1..............: TEX/A-DES
UNIT..............: EAST                QUARTERS.....: C01-007L
DETAINERS.........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 11-30-2017

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-30-2018 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: LOUISIANA, EASTERN DISTRICT
DOCKET NUMBER....................: 09-210 F
JUDGE............................: FELDMAN
DATE SENTENCED/PROBATION IMPOSED: 02-11-2010
DATE COMMITTED...................: 03-19-2010
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

             FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.: $100.00      $00.00            $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846, 841(B)(1)(B), 851(A) CTD AND PWITD 100 GRAMS OR MORE
         OF HEROIN, CT. 1

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION.............:    10 YEARS
 DATE OF OFFENSE.................: 07-16-2009




G0002          MORE PAGES TO FOLLOW . . .
```

Case 2:09-cr-00210-MLCF-DEK Document 77   Filed 07/09/15   Page 4 of 5
EXHIBIT B

```
TEXCN            *           INMATE EDUCATION DATA         *      07-06-2015
PAGE 001 OF 001 *                TRANSCRIPT                *      18:12:00

REGISTER NO: 31119-034    NAME..: CLARK                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TEX-TEXARKANA FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
TEX  ESL HAS    ENGLISH PROFICIENT          03-29-2010 0831 CURRENT
TEX  GED HAS    COMPLETED GED OR HS DIPLOMA 03-29-2010 0831 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
TEX        START YOUR OWN BUSIN M/W530-7P 06-01-2015 CURRENT
TEX        STOCK MARKET             06-02-2015 CURRENT
TEX SCP    CAMP HEALTH FAIR-VARIOUS TOPIC 09-02-2014 09-08-2014  P  C  P    2
TEX SCP    PERSNAL TRAINER7:30-8:30P T/TH 07-14-2014 07-14-2014  P  C  P   24
TEX SCP    PERSNAL TRAINER7:30-8:30P T/TH 04-20-2014 07-13-2014  P  C  P    8
TEX SCP    JOB FAIR INFORMATION     04-30-2014 04-30-2014  P  C  P    2
OAK        NUTRITION RPP COURSE     01-05-2014 01-05-2014  P  C  P    3
OAK        CALISTHENICS             05-20-2013 07-28-2013  P  C  P    3
OAK        SEAMAN TUEDAY 6:30/8:00  05-14-2013 06-25-2013  P  C  P   18
OAK        NEGOTIATION BASICS       12-03-2012 12-07-2012  P  C  P    8
OAK        CONTINUOUSLY IMPROVING SELF 11-19-2012 11-29-2012  P  C  P    8
OAK        MOTIVATING AND AUDIENCE  06-04-2012 06-07-2012  P  C  P    8
OAK        SELF STUDY/DISAGREEMENT (RP6) 05-21-2012 05-25-2012  P  C  P    8
OAK        INDESCRIBABLE DVD        05-17-2012 05-17-2012  P  C  P    2
OAK        HOPE, WHEN LIFE HURTS MOST 05-10-2012 05-10-2012  P  C  P    2
OAK        CONCENTRATION            04-30-2012 05-03-2012  P  C  P    8
OAK        SELF-STUDY LIFE PURPOSE (RP6) 04-09-2012 04-13-2012  P  C  P    8
OAK        SELF STUDY/OWN HOME (RP6) 03-19-2012 03-26-2012  P  C  P    8
OAK        SELF STUDY/50 TIPS (RP6) 03-19-2012 03-26-2012  P  C  P    8
OAK        SELF-STUDY SELF ESTEEM (RPS6) 03-09-2012 03-15-2012  P  C  P    8
OAK        SELF STUDY/BLD TRUST (RP6) 03-09-2012 03-15-2012  P  C  P    8
OAK        SELF STUDY/CRITICAL THINKING 02-27-2012 03-02-2012  P  C  P    8
OAK        SELF STUDY/START BUS (RP2) 02-16-2012 02-24-2012  P  C  P    8
OAK        SELF-STUDY MATH (RP3)    02-06-2012 02-09-2012  P  C  P    8
OAK        INTERGRATING DIVERSITY   01-30-2012 02-02-2012  P  C  P    8
OAK        SELF STUDY/PEERS (RP6)   01-23-2012 01-27-2012  P  C  P    8
OAK        SELF-STUDY RESUME (RP2)  01-17-2012 01-19-2012  P  C  P    8
OAK        SELF STUDY/LISTENING (RP6) 01-09-2012 01-13-2012  P  C  P    8
OAK        SELF STUDY/BUDGET (RP3)  01-03-2012 01-06-2012  P  C  P    8
BMP        PARENTING,M-TU,1230-230PM CT6 08-04-2011 10-04-2011  P  C  P   24
BMP        HEALTHY LIFESTYLE PHASE I CT1 09-09-2011 09-15-2011  P  C  P   30
BMP        VT ADV MICRO COMP1730-2030 CT2 02-01-2011 07-21-2011  P  C  C  240
BMP        VT BUSINESS EDUCATION 730-1030 01-10-2011 05-06-2011  P  C  C  240
BMP        RPP EMPLOYMENT, EDUCATION DEPT 02-28-2011 02-28-2011  P  C  P    2
BMP        RPP FINANCE, EDUCATION DEPT 02-28-2011 02-28-2011  P  C  P    2
BMP        VT BASIC MICRO COMP 1200-1500 09-07-2010 01-10-2011  P  C  C  240
BMP        MUTUAL FUNDS, WED. 6:30 PM 11-03-2010 12-22-2010  P  C  P   16
BMP        CDL, TUE & WED, 1830-2030 09-28-2010 10-27-2010  P  C  P   16
BMP        JOB FAIR INFORMATION     09-29-2010 09-29-2010  P  C  P    6


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

CONFIDENTIAL/PRIORITY

COMMITTED NAME: **Chad Clark**
REG. NO. & QTRS.: __31119-034__   __C-1__
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

7013 0835 731

SHREVEPORT LA 710
07 JUL 2015 PM 2 L

500 POYDRAS ST. ROOM C-151
NEW ORLEANS, LA 70130

