UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 09-210** |
| **v.** | * | **SECTION: "F"** |
| **CHAD CLARK** | * | |

\* \* \*

### **O R D E R**

Considering the foregoing:

**IT IS ORDERED** that Assistant United States Attorney Brandon S. Long, be and is hereby allowed to enroll as Government counsel of record.

New Orleans, Louisiana, this __14th__ day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE